UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL INSURANCE CO.,

    Plaintiff,

vs.                                                CASE NO. 8:05-CIV-1658-T-17-TBM

POLLY ROBERTS, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion for trial protection (Docket No. 252) and responses thereto (Docket Nos. 257 and 259). In the motion, the plaintiff seeks protection from February 2 to 6, 2009. In the responses, the defendant Roberts further seeks protection for the week of February 23, 2009. The defendant Gimopoulos simply asks that this case go to trial as soon as possible. This case is now more than three years old and needs to be tried as soon as possible. Accordingly, it is

**ORDERED** that the plaintiff's motion for trial protection (Docket No. 252) and the request for trial protection by Defendant Roberts (Docket No. 257) be **denied**. The case will be called to trial as soon as the Court has time on its calendar. If the parties desire a date certain trial date, they may consent to the magistrate judge as the trial judge, otherwise, the case will remain on the Court's calendar until reached and tried.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22ND day of January, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record