UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL INSURANCE
COMPANY,
    Plaintiff/Counter-defendant,

vs.                                             CASE NO. 8:05-CR-1658-T-17-TBM

POLLY ROBERTS et al.,
    Defendants/Counter-plaintiffs.
_____/

# ORDER

This cause is before the Court on the motions for permission to bring laptop computers, cellular telephones, and other equipment into the Sam M. Gibbons Federal Courthouse as an exception to the Local Rules of this Court (Docket Nos. 281 and 285-287) for the purposes of trial. The Court only allows one laptop computer and one cellular telephone, which may not be capable of taking still photographs or videos, per party. The remainder of the requests, including for audio system, barcode reader, and switching devices, are denied The motions are granted only as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring In Devices: | Lee D. Gunn, IV for Gimopoulos, Jay B. Green, Thomas T. Locke, and Jacqueline Becerra for plaintiff, and Kerry C. McGinn for Roberts |
| Type of Device(s) Allowed: | one laptop computer and one cellular telephone, without photographic or video capabilities, per party |
| Locations Where Device(s) Allowed: | Courtroom 17 |
| Dates: | Commencing February 2, 2009, and continuing until trial concludes |

The persons authorized by this Order shall present a copy of this Order to security personnel each time that person enters the Courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 28th day of January, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: All parties and counsel of record
U.S. Marshal/Court Security-Front Desk